UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:19 CR 687 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| SELVIN ROSENDO ORTIZ-ALVAREZ, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Selvin Rosendo Ortiz-Alvarez, which was referred to the Magistrate Judge with the consent of the parties.

On November 7, 2019, the government filed a 2 count Indictment, charging Defendant Ortiz-Alvarez, with False Claim of United States Citizenship, in violation of Title 18 U.S.C. § 911, and Fraud in Connection with Identification Documents, in violation of Title 18 U.S.C. 1028(a)(7). Defendant was arraigned on January 24, 2020, and entered a plea of not guilty to counts 1 and 2 of the Indictment, before Magistrate Judge Limbert. On March 20, 2020 Magistrate Judge Parker received Defendant Ortiz-Alvarez's plea of guilty to counts 1 and 2 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Ortiz-Alvarez is found to be competent to enter a plea and to understand his constitutional rights. He is

aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Selvin Rosendo Ortiz-Alvarez is adjudged guilty to counts 1 and 2 of the Indictment, in violation of Title 21 U. S. C. Sections 846. This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on July 9, 2020, at 2:00 p.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

May 27, 2020